*David Michelsohn* for appellant.

*Benjamin Paul Goldman* and *Solon Weit* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

JOSEPH TURCZYNSKI, Respondent, *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Appellant.

(Argued April 20, 1936; decided May 19, 1936.)

*Lester T. Hubbard* for appellant.

*Morris Marshall Cohn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

In the Matter of PHILIP E. COOK, Appellant, against LEWIS E. LAWES et al., Constituting the Prison Board of Sing Sing Prison, et al., Respondents.

In the Matter of NICHOLAS TRIMARCO, Appellant, against LEWIS E. LAWES et al., Constituting the Prison Board of Sing Sing Prison, et al., Respondents.

In the Matter of HENRY MATTHEWS, Appellant, against LEWIS E. LAWES et al., Constituting the Prison Board of Sing Sing Prison, et al., Respondents.

In the Matter of JOSEPH O'KEEFE, Appellant, against LEWIS E. LAWES et al., Constituting the Prison Board of Sing Sing Prison, et al., Respondents.

In the Matter of WILLIAM THOMPSON, Appellant, against LEWIS E. LAWES et al., Constituting the Prison Board of Sing Sing Prison, et al., Respondents.

In the Matter of ALFRED BONINI, Appellant, against LEWIS E. LAWES et al., Constituting the Prison Board of Sing Sing Prison, et al., Respondents.

(Argued April 21, 1936; decided May 19, 1936.)